IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUSTIN RICKMAN**                                                                                       **PLAINTIFF**

v.                                      **CASE NO. 2:23-CV-00141 BSM**

**MIKE ALLEN**, *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE